IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROSARIO BETANCOURT-GARCIA,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>ROB JEFFREYS,<br><br>　　　　　　Respondent. | 8:24CV322<br><br>MEMORANDUM AND ORDER |

  This matter is before the Court on Petitioner's Motion Requesting Additional State Court Records to prepare his response to Respondent's Answer to his Petition (the "Motion"). Filing No. 25. In the Motion it appears that Petitioner does not seek production of additional records from Respondent but instead seeks copies of Filing Nos. 21-1 through 21-5, 21-7 through 21-19, 21-21 through 21-23, 21-25 through 21-33, 21-35, 21-37 and 21-39, which he alleges were not included in the records he received with Respondent's Answer and brief in support. *Id.* at 2. Petitioner submits that these documents are necessary for him to prepare his response, and he requires access to them. *Id.*

  IT IS THEREFORE ORDERED that:

  1. Respondent shall have through and until **June 16, 2025**, to respond to the Motion.

  2. The deadline for Petitioner to file his response to Respondent's Answer shall be suspended until this motion is resolved, after which the Court shall set a briefing schedule to conclude briefing on the Petition.

  3. The Clerk's office is directed to terminate the following pro se case management deadline of May 30, 2025: check for Petitioner's brief.

4.  The Clerk's office is further instructed to set a pro se case management deadlines in this case using the following text: **June 16, 2025**: check for Respondent's response to Motion Requesting Additional State Court Records.

Dated this 15th day of May, 2025.

BY THE COURT:

*[signature]*
John M. Gerrard
Senior United States District Judge